# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GUSTAVO AMEZCUA GONZALEZ,

    Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

    Respondent.

Case No. C19-442-MJP

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and **ORDERS**:

1.     The Report and Recommendation is **ADOPTED**.

2.     The Government's motion to dismiss, Dkt. 18, is **GRANTED**.

3.     Petitioner's habeas petition is **DENIED**, and this action is **DISMISSED** with prejudice.

4.     The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

ORDER OF DISMISSAL- 1

DATED this __9th___ day of __December_, 2019.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL- 2